

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00106-CR

**IN RE** Andre **SCALES**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: April 14, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relator has filed a petition for writ of mandamus. We have the power to issue writs of mandamus when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing the trial court abused its discretion and that no adequate legal remedy exists. *See State ex rel. Young v. Sixth Judicial Dist. Ct. of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007). Having reviewed the petition, we conclude relator has not satisfied this burden. Accordingly, we deny the petition. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBISH

---

[1]This proceeding arises out of Cause No. 2011CR8106, styled *State v. Scales*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.